

### NUMBER 13-07-00702-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

SEA WOLF MARINE TOWING, INC.,                    Appellant,

v.

ENRIQUE ESTEVAN,                                              Appellee.

On appeal from the 139th District Court of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the 139th District Court of Hidalgo County, Texas, in cause number C-3044-05-C. The parties have filed a joint motion to dismiss the appeal and request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring them. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and filed
this the 12th day of February, 2009.